UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| OBIE RADICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV0458 AGF |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's application for reimbursement of

attorney's fees in the amount of $3,515.99 (18.1 hours of attorney time at an hourly rate

of $173.37; 3.0 hours of paralegal time at an hourly rate of $100.00; and 1.3 hours of

case administrator time at an hourly rate of $60.00) pursuant to the Equal Access to

Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(B). Plaintiff is the prevailing party in this

action challenging the Commissioner of Social Security's denial of Plaintiff's application

for disability insurance benefits. Plaintiff's request for fees is supported by appropriate

documentation. The Commissioner does not object to either Plaintiff's request for fees or

for payment directly to Plaintiff's attorney, Gateway Legal Service, Inc.

The Court finds that Plaintiff's application for attorney's fees is reasonable as to

hours expended on this matter and that Plaintiff has submitted adequate proof supporting

his request for fees in excess of the statutory limit of $125.00 per hour.  Thus, Plaintiff is

entitled to $3,515.99 in attorneys' fees.

An award of attorney's fees under the EAJA "become[s] the property of the

prevailing party's attorney when assessed[.]"  Ratliff v. Astrue, 540 F.3d 800,802 (8th

Cir. 2008), cert. granted, 130 S. Ct. 48 (U.S. 2009).  As such, the award shall be made

payable to Plaintiff's attorney as requested.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is

**GRANTED** in the amount of $3,515.99.  [Doc. #21]

**IT IS FURTHER ORDERED** that said award shall be made payable to

Plaintiff's attorney, Gateway Legal Services, Inc.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE


Dated this 22nd day of December, 2009.